# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM A. OSER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BRIAN FINN,<br><br>　　　　　Respondent. | Case No. 1:14-cv-00527-CWD<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed on this date, IT IS ORDERED, ADJUDGED, and DECREED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. In addition, this case is hereby ordered closed.

DATED: **December 22, 2015**

_____
Honorable Candy W. Dale
United States Magistrate Judge